# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN DOVBERG, individually and on behalf of a class of all persons and entities similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**HALLER ENTERPRISES, INC.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:26-cv-04286-JFL |

## AFFIDAVIT OF SERVICE

I, Joseph Mbisike, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Haller Enterprises, Inc. in Lancaster County, PA on June 30, 2026 at 10:19 am at 212 Bucky Dr, Lititz, PA 17543-7695 by leaving the following documents with Jami Martin who as Manager is authorized by appointment or by law to receive service of process for Haller Enterprises, Inc..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, DESIGNATION FORM, NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE, NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION
Race: White, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.1230129974,-76.3129765902
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Philadelphia County_ ,

___PA___ on ___7/1/2026___ .

/s/ *Joseph Mbisike*

Signature
Joseph Mbisike
+1 (737) 802-7419



Exhibit 1a)