**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARVIN DOVBERG, <br><br> Plaintiff, <br><br> v. <br><br> HALLER ENTERPRISES, INC., <br><br> Defendant. | Civil Action No. 5:26-cv-04286-JFL |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Michael P. Daly of Faegre Drinker Biddle Reath, LLP, on behalf of Defendant Haller Enterprises, LLC (incorrectly named in the Complaint as "Haller Enterprises, Inc") in the above-captioned action.

Date:  July 17, 2026

/s/ Michael P. Daly
Michael P. Daly (PA ID 86103)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19106
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Michael.daly@faegredrinker.com

*Attorney for Defendant Haller Enterprises, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

*/s/ Michael P. Daly*