**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARVIN DOVBERG,<br><br>Plaintiff,<br><br>v.<br><br>HALLER ENTERPRISES, INC.,<br><br>Defendant. | Civil Action No. 5:26-cv-04286-JFL |

**HALLER ENTERPRISES, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Haller Enterprises, LLC (incorrectly named in the Complaint as "Haller Enterprises, Inc.") states as follows:  Haller Enterprises, LLC is a subsidiary of HomeX Services Group, which is an indirect subsidiary of Home Experience Holding Co., LLC.  No publicly held corporation owns 10% or more of Home Experience Holding Co., LLC.

**Date:**  July 17, 2026

*/s/ Michael P. Daly*
Michael P. Daly (PA ID 86103)
Michelle A. Paninopoulos (PA ID 329738)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19106
Telephone: (215) 988-2700
michael.daly@faegredrinker.com
michelle.paninopoulos@faegredrinker.com

Matthew M. Morrissey (*pro hac vice* forthcoming)
Stacy N. Massey (*pro hac vice* forthcoming)
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
matthew.morrissey@faegredrinker.com
stacy.massey@faegredrinker.com

*Attorneys for Defendant Haller Enterprises, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

*/s/ Michael P. Daly*