**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

MARVIN DOVBERG,                                          :
                Plaintiff,                           :
                               :
       v.                                                :    No.   5:26-cv-4286
                               :
HALLER ENTERPRISES, INC.,                          :
                Defendant.                         :

_____

**O R D E R**

**AND NOW**, this 17th day of July, 2026, upon consideration of the stipulation of the parties for an extension of time for Defendant to file an answer to Plaintiff's Complaint, _see attached_, **IT IS HEREBY ORDERED THAT:**

    1.      The stipulation is **approved and granted in part and disapproved and denied in part**; and

    2.      Defendant's deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including September 18, 2026.

                                          BY THE COURT:

                                          _/s/ Joseph F. Leeson, Jr._____
                                          JOSEPH F. LEESON, JR.
                                          United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| MARVIN DOVBERG, <br><br> Plaintiff, <br><br> v. <br><br> HALLER ENTERPRISES, INC., <br><br> Defendant. | Civil Action No. 5:26-cv-04286-JFL |

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
HALLER ENTERPRISES TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Marvin Dovberg ("Plaintiff") and Defendant Haller Enterprises, LLC ("Haller Enterprises"), by and through their undersigned counsel and pursuant to Local Rule of Civil Procedure 7.4(b)(2), hereby stipulate and agree that the time within which Haller Enterprises may respond to the Complaint is extended fifty-nine (59) days from July 21, 2026, to September 18, 2026. The parties agree that this extension is sought in good faith to allow Haller Enterprises adequate time to investigate Plaintiff's claims, and would neither prejudice any party nor cause any undue delay. The parties further state that no previous requests for an extension have been made.

*[signature page to follow]*

1

By: */s/ Andrew Perrong (with consent)*

    Andrew Roman Perrong, Esq. (PA
    ID  333687)
    Perrong Law LLC
    1669 Edgewood Road, Suite 218
    Yardley, PA 19067

    *Counsel for Plaintiff Marvin*
    *Dovberg*

By: */s/ Michael P. Daly*

    Michael P. Daly (PA ID 86103)
    Michelle A. Paninopoulos (PA ID 329738)
    FAEGRE DRINKER BIDDLE & REATH LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    Telephone: (215) 988-2700
    michael.daly@faegredrinker.com
    michelle.paninopoulos@faegredrinker.com

    Matthew M. Morrissey (*pro hac vice* forthcoming)
    Stacy N. Massey (*pro hac vice* forthcoming)
    FAEGRE DRINKER BIDDLE & REATH LLP
    320 S. Canal Street, Suite 3300
    Chicago, IL 60606
    Telephone: (312) 569-1000
    matthew.morrissey@faegredrinker.com
    stacy.massey@faegredrinker.com

    *Attorneys for Defendant Haller Enterprises, LLC*