IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MARVIN DOVBERG

Case Number: 5:26-cv-04286-JFL

Plaintiff,

V.

HALLER ENTERPRISES, INC.

Defendant.

ORDER

AND NOW, this ________day of ________________________20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Matthew M. Morrissey, Esquire as counsel for Defendant Haller Enterprises, LLC ________is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

______________________________________

Leeson, J.