IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 5:26-cv-04286-JFL

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Matthew M. Morrissey, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Defendant Haller Enterprises, LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the. following state jurisdiction(s):*

| | | |
|---|---|---|
| Illinois | 11/4/2010 | 6302575 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| Jurisdiction | Date of Admission |
|---|---|
| Illinois | November 4, 2010 |
| U.S. District Court for the Northern District of Illinois | January 26, 2012 |
| U.S. Court of Appeals for the Seventh Circuit | November 10, 2017 |
| U.S. District Court for the Western District of Michigan | August 30, 2019 |
| U.S. District Court for the Central District of Illinois | June 13, 2022 |
| U.S. District Court for the Eastern District of Wisconsin | June 15, 2026 |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* *Defendant Haller Enterprises, LLC*

*Name of Attorney:* Matthew M. Morrissey

*Firm Address:* 320 S. Canal Street, Suite 3300, Chicago, IL 60606

*Telephone Number:* (312) 569-1000

*Email Address:* matthew.morrissey@faegredrinker.com

*I declare under penalty of perjury that the.foregoing is true and correct.*

*Executed on* 09/18/2026
*(Date)*

*/s/ Matthew M. Morrissey*
*(Movant 's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Matthew M. Morrissey to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| | | | |
|---|---|---|---|
| Michael P. Daly | */s/ Michael P. Daly* | 2000 | 86103 |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

One Logan Square, Suite 2000, Philadelphia, PA 19103

michael.daly@faegredrinker.com

215-988-2700

*I declare under penalty of perjury that the foregoing* is *true and correct.*

*Executed on* 09/18/2026 *(Date)*

*/s/ Michael P. Daly*
*(Sponsor's signature)*