IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MARVIN DOVBERG

Case Number: 5:26-cv-04286-JFL

Plaintiff,

V.

HALLER ENTERPRISES, INC.

Defendant.

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Matthew M. Morrissey, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served using the electronic case filing system of the court, which sends a "Notice of Electronic Filing" to each attorney of record.

*/s/ Michael P. Daly*
(Signature of Attorney)

Michael P. Daly
(Name of Attorney)

Matthew M. Morrissey
(Name of Moving Party)

09/18/2026
(Date)