**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARVIN DOVBERG,<br>Plaintiff,<br>v.<br>HALLER ENTERPRISES, INC.,<br>Defendant. | Civil Action No. 5:26-cv-04286-JFL |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Haller Enterprises, Inc. ("Haller") respectfully requests that the Court enter judgment in its favor pursuant to Federal Rule of Civil Procedure 12(c) because Plaintiff Marvin Dovberg ("Plaintiff") has not alleged facts that would state a claim upon which relief can be granted. Plaintiff's claims are meritless for the reasons set forth in Haller's contemporaneously filed Memorandum of Law in Support of Motion for Judgment on the Pleadings incorporated herein by reference.

Pursuant to the Court's Initial Procedural Order (Dkt. No. 5), counsel for Haller and counsel for Plaintiff discussed the substance of this Motion on Friday, September 18, 2026, five days prior to the filing of this Motion. The parties were unable to resolve the issues during that conference.

WHEREFORE, Haller Enterprises, Inc. respectfully requests that the Court grant this Motion and enter judgment in its favor pursuant to Federal Rule of Civil Procedure 12(c).

Date: September 23, 2026

*<u>/s/ Michael P. Daly</u>*

Michael P. Daly (PA ID 86103)
Michelle A. Paninopoulos (PA ID 329738)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: 215-988-2700
michael.daly@faegredrinker.com

michelle.paninopoulos@faegredrinker.com

Matthew M. Morrissey (*pro hac vice* forthcoming)
Stacy N. Massey (*pro hac vice* forthcoming)
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
matthew.morrissey@faegredrinker.com
stacy.massey@faegredrinker.com

*Attorneys for Defendant*
*Haller Enterprises, Inc.*

**CERTIFICATE OF NON-CONCURRENCE**

I, Michael P. Daly, hereby certify that, pursuant to the Court's Initial Procedural Order (Dkt. 5), counsel for Haller and counsel for Plaintiff discussed the substance of the foregoing Motion on Friday, September 18, 2026. The parties were unable to resolve the issues during that conference. Because Plaintiff opposes the relief requested, Haller has filed it as an opposed motion.

Dated: September 23, 2026

*/s/ Michael P. Daly*
Michael P. Daly

**CERTIFICATE OF SERVICE**

I, Michelle A. Paninopoulos, hereby certify that, on September 23, 2026, I electronically filed the foregoing Motion for Judgment on the Pleadings and Certificate of Non-Concurrence, together with a Memorandum of Law in Support of Motion for Judgment on the Pleadings and Proposed Order with the clerk of the court for the U.S. District Court, Eastern District of Pennsylvania, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to each attorney of record.

Dated: September 23, 2026

*/s/ Michelle A. Paninopoulos*
Michelle A. Paninopoulos