**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARVIN DOVBERG,<br><br>Plaintiff,<br><br>v.<br><br>HALLER ENTERPRISES, INC.,<br><br>Defendant. | Civil Action No. 5:26-cv-04286-JFL |

**ORDER**

AND NOW, this _____ day of _____________, 2026, upon consideration of Defendant Haller Enterprises, Inc.'s Motion for Judgment on the Pleadings, and any response thereto, it is hereby ORDERED that:

1. Defendant's Motion for Judgment on the Pleadings is **GRANTED**; and

2. Judgment is **ENTERED** in favor of Defendant Haller Enterprises, Inc. and against Plaintiff Marvin Dovberg.

BY THE COURT:

______________________________
JOSEPH F. LEESON, JR., J.