IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MARVIN DOVBERG

Case Number: 5:26-cv-04286-JFL

Plaintiff,

V.

HALLER ENTERPRISES, INC.

Defendant.

ORDER

AND NOW, this 25th day of September, 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Stacy N. Massey, Esquire as counsel for Defendant Haller Enterprises, LLC is DIRECTED to request ECF filing access using their PACER Account.

[ ] DENIED.

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge