**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARVIN DOVBERG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>HALLER ENTERPRISES, INC.<br><br>Defendant | Case No. 5:26-cv-04286-JFL |

**ORDER**

AND NOW, this ____ day of ____________, 2026, upon consideration of Defendant Haller Enterprises, Inc.'s Motion for Judgment on the Pleadings (ECF No. 15), Plaintiff's opposition thereto, and any reply and sur-reply, IT IS HEREBY ORDERED that Defendant's Motion for Judgment on the Pleadings is DENIED.

BY THE COURT:

______________________________
JOSEPH F. LEESON, JR.
United States District Judge