**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARVIN DOVBERG, *individually, and on behalf of a class of all persons and entities similarly situated*,<br>Plaintiff,<br><br>v.<br><br>HALLER ENTERPRISES, INC.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:26-cv-4286 |

**O R D E R**

**AND NOW**, this 21st day of October, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Judgment on the Pleadings, ECF No. 15, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*__________
JOSEPH F. LEESON, JR.
United States District Judge