UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN DOVBERG,<br>Plaintiff,<br><br>v.<br><br>HALLER ENTERPRISES, INC.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>5:26-cv-4286 |

**NOTICE OF SCHEDULING OF INITIAL FED.R.CIV.P. 16 PRETRIAL CONFERENCE**

1. Scheduling of Initial Rule 16 Pretrial Conference: An initial Federal Rule of Civil Procedure 16 pretrial conference has been scheduled before Judge Joseph F. Leeson, Jr. in the above-captioned case. The conference will be held **via telephone** on **Tuesday, December 1, 2026,** at **2:30 p.m.**

2. Plaintiff Counsel to Make Telephone Conference Call-In Arrangements: Plaintiff counsel is ordered to provide the Court and opposing counsel with a telephone conference call-in number and access code for the Conference (see paragraph 16 of joint report attached).

3. Court's Policies and Procedures – Submission of Joint Report by Counsel in Advance of Pretrial Conference: A copy of the Policies and Procedures for Judge Leeson is available on the court's website at https://www.paed.uscourts.gov. Prior to the initial pretrial conference, the parties are directed to confer and prepare a joint report (using the attached format "Joint Report by Counsel to the Court of Rule 26(f) Meeting") pursuant to Federal Rule of Civil Procedure 26(f). This joint report is to be emailed to chambers at: chambers_of_judge_joseph_f_leeson_jr@paed.uscourts.gov no later than five days prior

to the conference. Requests to reschedule this conference are strongly discouraged, and the conference will only be rescheduled when compelling circumstances so require.

BY THE COURT:

By: /s/ Diane J. Abeles
Diane J. Abeles, Civil Deputy Clerk
The Honorable Joseph F. Leeson, Jr.
Diane_J_Abeles@paed.uscourts.gov
610-391-7020

Dated: October 26, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ______________________________, | : | |
| Plaintiff, | : | |
| v. | : | No. ____________________ |
| ______________________________, | : | |
| Defendant. | : | |

JOINT REPORT BY COUNSEL TO THE COURT OF RULE 26(f) MEETING
(To Be Sent to Chambers Five (5) Days in Advance of Initial Rule 16 Pretrial Conference)

In compliance with Federal Rule of Civil Procedure 26(f), counsel for the parties jointly report as follows:

1. Jurisdiction: State the basis for jurisdiction of the Court:
   ______________________________________________________________

2. Trial:

   (a) Jury Trial ______________
   (b) Non-Jury Trial ______________
   (c) Arbitration ______________
   (d) Cross Motions for Summary Judgment (no testimony required) ______________
   (Check One)

3. Plaintiff Counsel: Name(s) of Plaintiff counsel attending Rule 16 Conference:
   ______________________________________________________________

4. Defense Counsel: Name(s) of Defense counsel attending Rule 16 Conference:
   ______________________________________________________________

5. Date of Rule 26 Conference: State the date the parties held required Rule 26 Conference: ____________________________________________________

6. Compliance with Rule 26(a) Self-Executing Disclosure Requirement: Have all parties complied with Rule 26(a) duty of self-executing disclosure?

   (a) Yes_____ No_____ (Check One)
   (b) If no, state date compliance will occur: ______________________________

7. Class Actions (if applicable)

(a) Does the plaintiff seek to maintain this case as a class action?
Yes________ No__________

(b) Proposed Schedule

If yes, the parties shall confer and submit a mutually agreed upon proposed schedule for this action and attach it to this Report. The schedule should address, at a minimum, deadlines for the following: (i) threshold dispositive motions, such as challenges to jurisdiction and venue, which may need to be decided before a motion to certify a class; (ii) precertification class discovery, if needed; (iii) motion for class certification; (iv) merits discovery; and (v) motions for summary judgment.

(c) Precertification Discovery

If the parties seek to conduct precertification discovery, they should identify the depositions and other discovery contemplated, as well as the subject matter, and be prepared to explain why this discovery is necessary to the certification inquiry.[1] The parties should also be mindful that Rule 23 contemplates that determination of the propriety of class action be made at an early stage of the proceedings. *See* Fed. R. Civ. P. 23(c)(1)(A).

8. Discovery:

(a) Fact Discovery

(i) The parties anticipate that fact discovery will be completed within _____________ days (the Court allows up to 90 days from the date of the initial Rule 16 pretrial conference to complete fact discovery).

(ii) If you contend the fact discovery period should exceed 90 days, please state reason: ______________________________________

(iii) Do the parties anticipate serving Interrogatories and/or Requests for Production?
Yes_____ No_____ (Check One)

(iv) Have Interrogatories and/or Requests for Production been served?
Plaintiff Yes______ No______ (Check One)
Defendant Yes______ No______ (Check One)

(b) Expert Discovery

Does either side anticipate the use of experts?
Plaintiff Yes_____ No_____ (Check One)
Defendant Yes_____ No_____ (Check One)

[1] *See Manual for Complex Litigation (Fourth)* § 21.14 (2004).

(c) Electronic Discovery

It is expected that the parties will reach an agreement on how to conduct electronic discovery. In the event the parties cannot reach such an agreement before the Rule 16 scheduling conference, the Court will enter an order incorporating default standards. The default order can be viewed on the Court's web site at the link for "Judges' Info", then proceed to "District Court Judges", then proceed to "Joseph F. Leeson, Jr." to view "Order Governing Electronic Discovery".

(d) Claims of Privilege

Have the parties discussed issues relating to claims of privilege or of protection of trial-preparation material, as required by Rule 26(f)(3)(D)?
Yes_____ No_____ (Check One)

(e) Other Discovery Issues

Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.

____________________________________________________________

9. Case Dispositive Motions: Does either side expect to file a case-dispositive motion?

(a) Plaintiff Yes____ No____ (Check One)
(i) If yes, under what Rule: ________________________________
(ii) If yes, specify the issue(s): ________________________________

(b) Defendant Yes____ No____ (Check One)
(i) If yes, under what Rule: ________________________________
(ii) If yes, specify the issue(s): ________________________________

10. Settlement:

Local Rule 53.3 requires litigants in all civil actions to consider the use of an alternative dispute resolution process ("ADR"), such as mediation or settlement conferences. The parties should familiarize themselves with this Rule before responding to the following questions.

(a) (i) Do the parties want to explore with the Court the possibility of settlement at the Rule 16 Conference?
Plaintiff Yes_____ No_____ (Check One)
Defendant Yes_____ No_____ (Check One)

(ii) Will all counsel have full authority to settle at Rule 16 Conference?
Yes_____ No_____ (Check One)

(b) Has the Plaintiff submitted a demand for settlement to Defendant?
Yes_____ No_____ (Check One)

(c) Is a settlement conference at a future date likely to be helpful? _________
If so, when: ______________________________________________

(d) Explain any decision not to seek early resolution through ADR, and provide any other pertinent information about the discussions the parties have had about ADR: ________________________________________
_________________________________________________________

11. Estimated Trial Ready Date: Approximate date case should be trial-ready:
_________________________________________________________________

12. Estimated Number of Days for Trial:

(a) For Plaintiff's case: _______________
(b) For Defendant's case: _____________

13. Disposition by U.S. Magistrate Judge: Following consultation with your clients, do you agree to proceed before a U.S. Magistrate Judge for final disposition?
Yes_____ No_____ (Check One)

If yes, all counsel are to sign the attached Consent and Reference of a Civil Action to a Magistrate Judge form and file the form on CM/ECF, using the event located in the Other Documents category, only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. **Do not return this form to the Judge.** The Consent should be filed at least 48 hours before the Initial Rule 16 Pretrial Conference. Thereupon the Initial Rule 16 Conference will be cancelled by Judge Leeson, the case will be re-assigned to the docket of a U.S. Magistrate Judge, and the Magistrate Judge will determine future scheduling of the case.

14. Other Matters: Indicate discussion and any agreement on any matters not addressed above, or such matters upon which the involvement of the Court is requested.
_________________________________________________________________

15. Summary of Claims, Defenses and Relevant Issues: The Complaint and Answer are docketed with the Court and available for review, however, the facts supporting those claims and defenses are not fully known. Therefore, both sides are to set forth concisely the factual background that the parties contend support their claims and defenses (not to exceed one page in length per party):
_________________________________________________________________
_________________________________________________________________

16. Telephone Conference Call-In Information. Plaintiff counsel to provide telephone conference call-in number and access code here.

Dial-In Number: ______________________________
Access Code: ______________________________

17. Certification: By signing below and submitting this Joint Report by Counsel, I certify that I have read and agree to comply with the "Policies and Procedures" of Judge Joseph F. Leeson, Jr. (copy available on the Court's website under "Judges' Info").

| | |
|---|---|
| ______________________________ | ______________________________ |
| (Signature) | (Signature) |
| Name of Attorney: ____________________ | Name of Attorney: ____________________ |
| Counsel For: ________________________ | Counsel For: ________________________ |
| Law Firm Name: ____________________ | Law Firm Name: ____________________ |
| Address: __________________________ | Address: __________________________ |
| Telephone: ________________________ | Telephone: ________________________ |
| Fax: ______________________________ | Fax ______________________________ |
| E-Mail: ___________________________ | E-Mail: ___________________________ |
| Date: _____________________________ | Date: _____________________________ |

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| ______________________________ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| ______________________________ | ) | |
| *Defendant* | ) | |

## CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a randomly assigned magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a randomly assigned United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a randomly assigned United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: ____________________

______________________________
*District Judge's Signature*

Judge Joseph F. Leeson, Jr.________________
*Printed Name and Title*

Note: Please file this form on CM/ECF, using the event located in the Other Documents category, only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. **Do not return this form to a judge**.